1  DOUGLAS GILLIES, ESQ. (53602)
2  douglasgillies@gmail.com
   3756 Torino Drive
3  Santa Barbara, CA 93105
4  (805) 682-7033

5  Attorney for Plaintiff
6  KATHERINE MILLER



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KATHERINE MILLER, | ) Case No. CV 10-9604-JFW (AGRx) |
|---|---|
| Plaintiff, | ) |
| v. | ) **PLAINTIFF'S EX PARTE** |
|  | ) **APPLICATION FOR** |
| BANK OF AMERICA N.A., | ) **TEMPORARY RESTRAINING** |
| JP MORGAN CHASE BANK N.A., | ) **ORDER RE: PRELIMINARY** |
| and DOES 1- 50, inclusive, | ) **INJUNCTION – IMMEDIATE** |
| Defendants. | ) **RELIEF SOUGHT** |

Plaintiff KATHERINE MILLER hereby applies for a temporary restraining order restraining Defendant BANK OF AMERICA N.A., a North Carolina corporation, from evicting Plaintiff from the real property located in Agoura Hills CA 91301 ("Property"). **Defendant obtained a judgment in an unlawful detainer action entered on November 24, 2010 and immediate injunctive relief is requested.**

Plaintiff respectfully requests that the Court temporarily restrain and enjoin defendants from evicting Plaintiff from the Property. This application is made on the grounds that Plaintiff's complaint demonstrates that she is entitled to the relief

demanded, that Plaintiff has raised serious issues as to whether Defendants lawfully foreclosed on the Property, that Plaintiff is likely to prevail on the merits, and that the balance of hardships tips firmly in Plaintiff's favor. Eviction from Plaintiff's Property will cause great and irreparable injury and harm to Plaintiff before the matter can be decided without the imposition of a restraining order. A judgment in Plaintiff's favor will be rendered ineffectual and meaningless if she is evicted. Pecuniary compensation will not afford adequate relief, particularly in light of the fact that it would be extremely difficult to ascertain the amount of compensation, which would afford adequate relief because Plaintiff's Property is unique. She designed and built the residence herself, resides and works there. Restraint of defendants' action is necessary if a judgment is to have any effect and accomplish its purpose of avoiding a multiplicity of litigation.

Plaintiff has not previously applied to any court for similar relief.

This application is based upon the complaint in this case, memorandum of points and authorities, declarations and other documentary evidence, as well as the argument of counsel, if such be permitted.

Respectfully submitted,

Date: December 22, 2010

_____

Douglas Gillies, attorney for Plaintiff