FILED

DOUGLAS GILLIES, ESQ. (53602)
douglasgillies@gmail.com
3756 Torino Drive
Santa Barbara, CA 93105
(805) 682-7033

2010 DEC 23 PM 3:36

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

Attorney for Plaintiff
KATHERINE MILLER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KATHERINE MILLER,            )   No. CV10-09604 JFW (AGRx)
                             )
        Plaintiff,           )
                             )
v.                           )   **DECLARATION OF EMERGENCY**
                             )
BANK OF AMERICA N.A.,        )
JP MORGAN CHASE BANK N.A.,   )
CO., and DOES 1–50, inclusive,)
                             )
        Defendants.          )

DOUGLAS GILLIES, attorney for Plaintiff KATHERINE MILLER hereby declares:

Plaintiff's Application for a TRO is now an emergency. On Wednesday, December 22, 2010, after I sent Plaintiff's Application and First Amended Complaint via FedEx to the process server for filing, Plaintiff received a 5-day notice from the Los Angeles County Sheriff stating that she must be out of her home by Monday, December 27. Plaintiff built the home at Lake Malibu, where her family are gathering for the holidays. Despite a pending appeal of the eviction in state court and the instant federal case that raises substantial issues challenging

Bank of America's claim to possession, BofA's counsel in the state eviction matter, Randall Naiman, having notice of the pending proceedings, directed the Sheriff to post the Notice.

Defendants were served with Plaintiff's original Complaint and Request for TRO and have not responded. This morning, FedEx is delivering a copy of the First Amended Complaint, Application for TRO and supporting papers on Randall D. Naiman, Esq. Naiman Law Group PC, 4660 La Jolla Village Drive, Suite 500, San Diego, CA 92122 (858) 535-4808.

This is an emergency. I respectfully request that the Court restrain defendants from evicting Plaintiff and her family from the residence she built during their Christmas celebration in the interest of justice and compassion.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Santa Barbara, CA on December 23, 2010.

_Douglas Gillies_, Attorney for Plaintiff