UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA N.A.,<br>JPMORGAN CHASE BANK N.A.,<br>and DOES 1-50, inclusive,<br><br>    Defendants. | No. CV10-09604 JFW (AGRx)<br><br>(~~PROPOSED~~) ORDER |



DENIED BY ORDER OF [signature] UNITED STATES DISTRICT JUDGE ON 12/23/10 see attached

To: Defendants BANK OF AMERICA N.A. and JPMORGAN CHASE BANK N.A.

    Plaintiff KATHERINE MILLER moves ex parte for a temporary restraining order (TRO) enjoining defendant BANK OF AMERICA N.A. from proceeding with eviction of Plaintiff from the property located at 1850 Olivera Drive, Agoura Hills, CA 91301. Plaintiff represents judgment was entered against her on November 24, 2010, in *Bank of America National Association v. Katherine Miller*, an unlawful detainer action filed by Bank of America N.A., in the Superior Court of California, County of Los Angeles, Case No. 10B04693.

    Under FRCP 65(b), the court may issue a temporary restraining order if "specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition." Additionally, plaintiffs must establish a strong likelihood of success on

1  the merits. *Taylor v Westly*, 488 F3d 1197, 1200 (9th Cir 2007).

2  Here, Plaintiff asserts that the Notice of Default did not comply with California Civil Code § 2923.5, that defendant JPMorgan Chase and California Reconveyance Co. conducted an illegal Trustee's Sale in which they transferred title to the Property to defendant Bank of America N.A., that the lender and beneficiary under the note and deed of trust, Washington Mutual Bank N.A., immediately transferred all of its beneficial interest to investors in a securitization bundle after Plaintiff signed a promissory note and Deed of Trust, and that no transfer of its beneficial interest in the loan was recorded. Plaintiff asserts that WaMu expected that plaintiff would not pay back the loan, and entered into the contract with the expectation that it would eventually own her property. Plaintiff alleges that defendant JPMorgan Chase was not the owner or holder of the Promissory Note and did not have standing to enforce the Promissory Note, and that in filing a Notice of Trustee's Sale, California Reconveyance acted without authorization from the unknown beneficiaries and holder(s) of the Note.

The court finds that plaintiff is likely to suffer immediate irreparable harm as a result of eviction from her unique real property, which may be unlawful, and therefore, the court GRANTS plaintiff's motion and hereby ORDERS as follows:

1. Defendant BANK OF AMERICA N.A., its agents, employees, representatives and all persons acting in concert or participating with them, are ENJOINED from evicting Plaintiff KATHERINE MILLER from the real property located at 1850 Olivera Drive, Agoura Hills, CA 91301.

2. This order shall be binding upon the parties to this action and all other persons or entities who receive actual notice of this order by personal service or otherwise.

Defendants are ORDERED to SHOW CAUSE why they and their agents, servants, employees, representatives and all persons acting in concert or participating with them should not be enjoined and restrained during the pendency of this action from directly

| | |
|---|---|
| 1 | or indirectly evicting Plaintiff from the real property located in Agoura Hills, CA |
| 2 | 91301 or engaging in any conduct adverse to plaintiff regarding the property. |
| 3 |     Defendants may file a written response to this order to show cause on or before |
| 4 | _____, 2011. The court will hear the matter on _____, 2011 at 1:30 PM |
| 5 | in Courtroom 16, 312 N. Spring Street, Los Angeles, CA 90012. |
| 6 | |
| 7 | |
| 8 | SO ORDERED. |
| 9 | |
| 10 | Date: _____, 2010 |
| 11 | |
| 12 | |
| 13 | _____ |
| 14 | United States District Judge |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-9604 JFW (AGRx) | Date | December 23, 2010 |
|---|---|---|---|
| Title | MILLER v. BANK OF AMERICA N.A., *et al.* | | |

| Present: The Honorable | A. Howard Matz, U.S. District Judge | |
|---|---|---|
| Stephen Montes | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys NOT Present for Plaintiffs: | Attorneys NOT Present for Defendants: | |

**Proceedings:**   (IN CHAMBERS)

   This Court has been sitting today as the duty judge (the Court essentially having been granted an administrative holiday) and there will be no judge available tomorrow, December 24, 2010.

   Plaintiff filed the First Amended Complaint ("FAC") at 3:35 PM on Thursday, December 23, 2010, and at the same time, Plaintiff filed various materials in support of her application for a Temporary Restraining Order ("TRO"). The papers were brought to this Court's chambers a few minutes later, but by that point (according to what the Court was informed), all the clerical personnel necessary to process an order, and later docket it, had departed the courthouse.

   After receiving these papers, the Court reviewed the docket and read certain of the documents previously filed, including Judge Walter's December, 17, 2010 Order. It appears that in the FAC filed a short while ago, Plaintiff has dismissed California Reconveyance Company as a named Defendant and she has attempted to cure the defects in establishing subject matter jurisdiction that led Judge Walter to dismiss the initial complaint without prejudice.

   This Court doubts whether the FAC will survive once Judge Walter has the opportunity to evaluate it. Moreover, in attempting to be scrupulous in applying the well-established standards applicable to applications for injunctive relief, this Court finds that Plaintiff has failed to meet those standards. Among other things, the documents submitted in support of the current TRO application include no declaration from the Plaintiff. The only declaration is from her counsel who understandably appeals to the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-9604 JFW (AGRx) | Date | December 23, 2010 |
|---|---|---|---|
| Title | MILLER v. BANK OF AMERICA N.A., *et al.* | | |

Court's "compassion." But counsel has not set forth important information about the state court proceedings that evidently resulted in a lawful eviction notice, nor about the pending state court appeal. Nor has Plaintiff explained why the complaint in this action was not filed until December 15, 2010, notwithstanding that Defendant Bank of America evidently obtained the judgment in an unlawful detainer action as early as November 24, 2010.

Furthermore, Plaintiff has failed to establish just what is supposed to happen on Monday, December 27. She seems to be relying on the understandable desire to spend the Christmas holidays with her family, but if nothing will happen until December 27 at the earliest, she will be able to do so anyway.

On the other hand, the allegations in the FAC are unusually detailed and do contain a plethora of fact-specific and Plaintiff-specific assertions of wrongdoing by the lenders.

Having done its best to comprehend and weigh the allegations now before this Court, the Court finds that Plaintiff has failed to establish the basis for an Order to Show Cause and a TRO. She has not come close to establishing probable success and her showing of irreparable injury is questionable.

:

Initials of Preparer     smo